# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

| John E. Triplett<br>Clerk of Court | OFFICE of the CLERK<br>P.O. Box 8286<br>SAVANNAH, GEORGIA 31412 | (912)650-4020 |
|---|---|---|

## NOTICE of FILING DEFICIENCY

To: Artur Davis  
Case: CV423-201  

Date: 7/18/2023  
Party: Plaintiff  

Your pleading, #1 Complaint,

was filed on 07/18/20, but remains deficient in the area(s) checked below:

[ ] No actions required (Informative Only)     or     [x] Corrective Actions Required

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)

☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.

☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

☐ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)

☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.

☐ 6. Motion is not in compliance with Local Rules.
    ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
    ☐ b. No good faith document was submitted. (L.R. 26.5)
    ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
    ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)

☐ 7. For Judge Stan Baker cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.

☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☒ 9. Other:
You are not currently a member of the Southern District of Georgia. Please submit a Motion to Appear Pro Hac Vice with our Court. Our Court has attached the motion to this notice.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: 912-650-4020

Deputy Clerk